IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MONICA ALLEN, | § | |
| | § | |
| Appellant Below, | § | No. 70, 2025 |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| AMAZON FULFILLMENT SVCS., | § | C.A. No. S24A-08-001 |
| INC. & UNEMPLOYMENT | § | |
| INSURANCE APPEALS BOARD, | § | |
| | § | |
| Appellees Below, | § | |
| Appellees. | § | |

Submitted: September 12, 2025
Decided: October 24, 2025

## **ORDER**

Before **SEITZ**, Chief Justice; **LEGROW** and **GRIFFITHS**, Justices.

After consideration of the parties' briefs and the record on appeal, we find it evident that the judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in the Superior Court's January 29, 2025 order.[1]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court be AFFIRMED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice

---

[1] *Allen v. Amazon Fulfillment Svcs., Inc.*, 2025 WL 345725 (Del. Super. Ct. Jan. 29, 2025).